# United States District Court
## for the
## Southern District of Illinois

| | |
|---|---|
| KATHENA CLEMONS,          ) | |
| )                           | |
| Plaintiff,       ) | |
| )                           | |
| v.                        ) | Case No. 12-cv-1209-NJR-SCW |
| )                           | |
| SUNBEAM PRODUCTS, INC.,   ) | |
| )                           | |
| Defendant.       ) | |

### JUDGMENT IN CIVIL ACTION

Pursuant to the Order dated April 29, 2014 (reflecting the parties settlement), this case is dismissed with prejudice.

DATED:  July 7, 2014            JUSTINE FLANAGAN, Acting Clerk of Court

s/Deana Brinkley
Deputy Clerk

Approved:    s/ Nancy J. Rosenstengel
Nancy J. Rosenstengel
U.S. District Judge